# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| IN RE: DICAMBA HERBICIDES LITIGATION | ) ) ) |
| *This Document Relates to*: *Jed R. Claassen, et al. v. Monsanto, et al.*, | ) ) ) ) ) ) |

Civil Case No. 1:18-cv-00028

In re: Dicamba Herbicides Litigation
Case No. 1:18-md-2820 SNLJ

## STIPULATION FOR DISMISSAL WITH PREJUDICE TO ALL DEFENDANTS

All matters and controversies herein having been compromised and settled, Plaintiff Jed R. Claassen Individually and as Representative of Claassen Farms and dismiss their claims, individually *and collectively* brought against Defendants Monsanto Company, BASF SE, and BASF Corporation with prejudice, each party to bear its own costs.

Date: September 24, 2025

Respectfully submitted,

By: /s/ Paul Byrd
Paul Byrd, Ark. Bar No. 85020 (*pro hac* admitted)
Paul Byrd Law Firm, PLLC
415 N. McKinley St., Suite 210
Little Rock, Arkansas 72205
Tel:  501-420-3050
Fax: 501-420-3128
Paul@Paulbyrdlawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the above dismissal was filed via the Court's ECF system on the 24th day of September 2025 which transmits notice to all parties of record

                                                                /s/ Paul Byrd